UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VANVALKENBURGH,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 24-cv-07703-SVK<br><br>**ORDER GRANTING MOTION TO TRANSFER**<br><br>Re: Dkt. No. 14 |

Defendant moves to transfer this action to the United States District Court for the District of Delaware. *See* Dkt. 14. Plaintiff does not oppose the transfer request. *See* Dkt. 22. Accordingly, the Court **GRANTS** the motion as unopposed and directs the Clerk to transfer this action to the United States District Court for the District of Delaware.

**SO ORDERED.**

Dated: January 29, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge